UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| United States of America *ex. rel.* Susan Belgard Hodnett and Dr. William Overdyke | No. CV02-2206-S |
| v. | Judge Walter |
| State of Louisiana, Louisiana State University Health Sciences Center, Dr. A.J. Albright, and Dr. Kalia Sadasivan | Magistrate Judge Hornsby |

**RULE 26(F) CASE MANAGEMENT REPORT**

A meeting of counsel, as listed below, was held on March 11, 2010, by telephone.

Plaintiffs, Susan Belgard Hodnett and Dr. William Overdyke are represented by:

Patrick R. Jackson
Patrick R. Jackson, A.P.L.C.
Louisiana Bar No. 25722
4442 Viking Drive, Suite 100
Bossier City, Louisiana, 71111
Phone – (318) 752-3335
Fax - (318) 752-3315
pjacks28@bellsouth.net

Defendants, State of Louisiana, through the Board of Supervisors of Louisiana State University Agricultural and Mechanical College; Louisiana State University Agricultural and Mechanical College Medical School; and Louisiana State University Health and Science Center in Shreveport, Dr. A.J. Albright and Dr. Kalia Sadasivan are represented by:

M. Allyn Stroud
Wiener, Weiss & Madison, A.P.C.
2350 AmSouth Tower, 333 Texas Street
P.O. Box 21990
Shreveport, Louisiana 71120-1990
Telephone: 318 226-9100
Facsimile: 318 424-5128
astroud@wwmlaw.com

**I. NATURE OF CLAIMS AND DEFENSES**

This action originated, in part, as a qui tam action under the False Claims Act (FCA), 31 U.S.C. §3729, et. seq., that was filed under seal. The qui tam claims asserted substantive violations of the FCA have now been settled and dismissed. The United States is no longer a party.

The claims that remain to be litigated are the claims of the private plaintiffs, Susan Belgard Hodnett and Dr. William Overdyke, against the State Entity Defendants and the Individual Defendants for alleged retaliation under 31 U.S.C. §3730(h), and related state law claims. Plaintiffs seek damages and attorney's fees.

The defendants deny liability. The defendants also anticipate the assertion of an Eleventh Amendment immunity defense and other Rule 12 defenses.

**2. BENCH OR JURY TRIAL**

Plaintiffs have requested a trial by jury.

**3. INITIAL DISCLOSURES**

The parties agree to make initial disclosures within 45 days of this report.

**4. JURISDICTION**

The parties do not anticipate any challenges to jurisdiction at this time except to the extent that any Eleventh Amendment immunity defense asserted by defendants relates to the court's subject matter jurisdiction.

## 5. JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS

The parties may add additional parties or claims or counterclaims to the lawsuit or otherwise amend their pleadings and seek until June 1, 2010 to add parties or file amended pleadings.

## 6. DISCOVERY ISSUES

A. The parties have agreed to exchange paper documents. Any requests for additional electronically stored data may be made by any party to the other.

B. The parties anticipate a number of pre-trial depositions. Because a number of potential witnesses live out of state, the process of deposing those witnesses and conducting other discovery will require more than the usual amount of time. The parties request at least none (9) months for completion of discovery.

## 7. MOTION PRACTICE

A. There are no pending motions at this time.

B. The parties anticipate that dispositive motions will be filed. The parties suggest that the proposed deadline for dispositive motions should be thirty [30] days after the discovery deadline.

## 8. ALTERNATIVE DISPUTE RESOLUTION

The parties are amenable to non-binding mediation after some discovery in this

case.

**9. RELATED CASES:**

    None.

**10. TRIAL BY MAGISTRATE**

    All parties consent to trial by Magistrate Judge.

    Respectfully submitted,

    By: s/ Patrick R. Jackson
        Patrick R. Jackson
        Patrick R. Jackson, A.P.L.C.
        Louisiana Bar No. 25722
        4442 Viking Drive, Suite 100
        Bossier City, Louisiana, 71111
        Phone – (318) 752-3335
        Fax - (318) 752-3315

    Attorney for plaintiffs, Susan Belgard Hodnett
    and Dr. William Overdyke


    WIENER, WEISS & MADISON
    A PROFESSIONAL CORPORATION

    By: s/ M. Allyn Stroud
        M. Allyn Stroud  (#14457)

    2350 AmSouth Tower, 333 Texas Street
    P.O. Box 21990
    Shreveport, Louisiana 71120-1990
    Telephone:  318  226-9100
    Facsimile:  318  424-5128

    Attorneys for defendants, State of Louisiana, through
    the Board of Supervisors of Louisiana State University
    Agricultural and Mechanical College; Louisiana State
    University Agricultural and Mechanical College

Medical School; Louisiana State University Health and Science Center in Shreveport; Dr. A.J. Albright and Dr. Kalia Sadasivan