RECEIVED

SEP 2 0 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SUSAN BELGARD HODNETT, ET AL          CIVIL ACTION NO. 02-cv-2206

VERSUS                                JUDGE WALTER

STATE OF LOUISIANA, ET AL             MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 41) filed by the State-entity defendants is granted and all claims against the State of Louisiana, LSU Health Sciences Center-Shreveport, the LSU Medical School, and the Board of Supervisors for LSU are dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (Doc. 42) filed by the individual defendants is granted in part and denied in part as follows: All claims against Dr. Albright and Dr. Sadasivan brought under the False Claims Act for retaliation or otherwise are dismissed, but Plaintiffs' Section 1983 claims and Louisiana law claims remain pending.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day

of _____, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE